1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SUBLIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS COURCHENE, an individual; and JANE AND JOHN DOES 1-10,<br><br>Defendants. | NO. 2:16-CV-0427-TOR<br><br>ORDER OF DISMISSAL |

13  On February 27, 2017, the claims against Defendant Courchene were

14 dismissed with prejudice.  ECF No. 4.  The Court also dismissed the claims against

15 the remaining defendants, Jane and John Does 1-10, *without prejudice*.  The Court

16 allowed Plaintiff to submit a legally sufficient amended complaint within thirty

17 (30) days of the date of the Order, which also required Plaintiff to demonstrate

18 good cause for failure to serve timely under Rule 4(m).

19  Plaintiff was cautioned that if he failed to so amend within 30 days as

20 directed, the court would dismiss this action.  ECF No. 4 at 6.

ORDER OF DISMISSAL ~ 1

Plaintiff has failed to timely amend.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE**.

2. The District Court Executive is directed to enter this Order and furnish copies to the parties, and **CLOSE** the file.

**DATED** April 5, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2